IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| NEAL ORLANDO ARMSTRONG, | : |
| Plaintiff, | : |
| VS. | : 1:10-CV-177 (TQL) |
| OSTRANDER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

Presently pending in this *pro se* prisoner action brought pursuant to 42 U.S.C. § 1983 is this Court's Report and Recommendation (Doc. 4). On January 4, 2011, the undersigned submitted a Report and Recommendation to the district judge to whom this matter was assigned recommending that several requests by Plaintiff be dismissed. Prior to a decision on the Report and Recommendation by the district judge, both parties consented to have the above-styled case proceed before a United States Magistrate Judge (Doc. 24). The case was then reassigned to the undersigned (Doc. 25).

On January 13, 2011, Plaintiff filed a timely Objection to the Report and Recommendation (Doc. 5). Plaintiff objects to the undersigned's recommendation that Plaintiff's allegation regarding his inability to access an adequate law library be dismissed. The Court has carefully reviewed and considered Plaintiff's Objection, and finds that the Objection is without merit.

Accordingly, the Report and Recommendation filed by the undersigned on January 4, 2011 (Doc. 4) is hereby **ADOPTED** and made the Order of this Court. Plaintiff's following requests are hereby **DISMISSED**: (1) request for a criminal investigation; (2) request to bring criminal charges; (3) request for immunity; (4) request to be transferred to a different institution; and (5) Plaintiff's allegation regarding his inability to access an adequate law library.

**SO ORDERED**, this 26th day of April, 2011.

s/ ***THOMAS Q. LANGSTAFF***

UNITED STATES MAGISTRATE JUDGE

llf